

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re: The Estate of Billy Ray Pickett, Deceased

No. 06-14-00092-CV

Appeal from the County Court at Law of Hopkins County, Texas (Tr. Ct. No. P11-13427). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED JANUARY 16, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk